# United States District Court
# Western District of North Carolina
# Statesville Division

| Jason Andrew Perry, | ) | JUDGMENT IN CASE |
| --- | --- | --- |
| Plaintiff(s), | ) | 5:20-cv-00205-DSC |
| vs. | ) | |
| Commissioner of Social Security, Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 2, 2021 Order.

November 2, 2021

Frank G. Johns, Clerk
United States District Court